UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA-WESTERN DIVISION

| | |
|---|---|
| STEWART LAMLE,<br><br>              Plaintiff,<br><br>   v.<br><br>THE CITY OF SANTA MONICA, et al.,<br><br>             Defendants. | CV 04-6355-GHK (SH)<br><br>ORDER ADOPTING FINAL REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE |

     Pursuant to 28 U.S.C. Section 636(b)(1)(C), the court has reviewed the Third Amended Complaint and other papers along with the attached Final Report and Recommendation of the United States Magistrate Judge, and has made a de novo determination of the Final Report and Recommendation.

///

///

///

1

IT IS THEREFORE ORDERED that a Judgment be entered (1) approving and adopting the Final Report and Recommendation, (2) granting Defendant's Motion for Summary Judgment; (3) Denying Plaintiff's Request for Reconsideration; and (4) directing that Judgment be entered dismissing the action with prejudice.

IT IS FURTHER ORDERED that the Clerk shall serve forthwith a copy of this Order and the Judgment of this date on the Plaintiff and counsel for Defendant.

DATED: 9/22/10

GEORGE H. KING
UNITED STATES DISTRICT JUDGE