UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA-WESTERN DIVISION

| | |
|---|---|
| STEWART LAMLE,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>THE CITY OF SANTA MONICA, et al.,<br><br>　　　　　Defendants. | ) CV 04-6355-GHK (SH)<br>) JUDGMENT<br>)<br>)<br>)<br>)<br>) |

　　　Pursuant to the Order of the court adopting the conclusions and recommendations of the United States Magistrate Judge,

　　　IT IS ADJUDGED that the action is dismissed with prejudice.

DATED: 9/22/10

　　　　　　　　　　　　　　　　　／s／

　　　　　　　　　　　　　　　GEORGE H. KING
　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

1